UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CRIMINAL NO. M-07-537-S1 |
| ENRIQUE GONZALEZ-MENDOZA<br>also known as Enrique Mendoza-Gonzalez<br>CARLOS RIVERA-GALVAN<br>also known as Cacho<br>JESUS PECINA-RAMIREZ<br>also known as Chuy | § § § § § § § | United States District Court<br>Southern District of Texas<br>FILED<br><br>AUG 1 4 2007<br><br>Michael N. Milby, Clerk |

EDGAR MAXIMIANO ZAPATA
also known as Junior

LAMBERTO GARZA-HERNANDEZ
also known as Cristian
EDUARDO RIVERA
also known as Guayo
CESAR RIVERA-MENDOZA
also known as Cheche,
also known as Choche,

ANTONIO PARRA-SAENZ
ALBERTO ZAVALA-CINTORA
ANAYANCY ZAVALA-PAEZ

JUAN JOSE GARCIA
JUVENTINO RUIZ-MARTINEZ
also known as Juve
DORA ZAPATA

| | |
|---|---|
| ISMAEL BERNAL-VIGIL | § |
| also known as Sopy | § |
| JOSE LUIS LARA-REA | § |
| TEODORO RIOS-ESPINOZA | § |
| FRANCISCO MADRIGAL CHAVEZ | § |
| DAVID SILVA-AGUIRRE | § |
| ABELARDO NEGRETTE-MEDINA | § |

## SEALED SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### Count One

Beginning on or about February 2006, and continuing until the present, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendants

**ENRIQUE GONZALEZ-MENDOZA,**
also known as Enrique Mendoza-Gonzalez,
**CARLOS RIVERA-GALVAN,**
also known as Cacho,
**JESUS PECINA-RAMIREZ,**
also known as Chuy,

**EDGAR MAXIMIANO ZAPATA,**

**LAMBERTO GARZA-HERNANDEZ,**
also known as Cristian,
**EDUARDO RIVERA,**
also known as Guayo,
**CESAR RIVERA-MENDOZA,**
also known as Cheche,
also known as Choche,

ANTONIO PARRA-SAENZ,
ALBERTO ZAVALA-CINTORA,
ANAYANCY ZAVALA-PAEZ,

JUAN JOSE GARCIA,
JUVENTINO RUIZ-MARTINEZ,
also known as Juve,
DORA ZAPATA,
ISMAEL BERNAL-VIGIL,
also known as Sopy,
JOSE LUIS LARA-REA,
TEODORO RIOS-ESPINOZA,
FRANCISCO MADRIGAL CHAVEZ,
DAVID SILVA-AGUIRRE, and
ABELARDO NEGRETTE-MEDINA

did knowingly and intentionally conspire with each other and with persons known and unknown to the Grand Jurors to knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was more than 1,000 kilograms of marijuana, a Schedule I controlled substance and more than 5 kilograms of cocaine, and more than 50 grams of methamphetamine, Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

Count Two

Beginning on or about February 2006, and continuing until the present, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendants

CARLOS RIVERA-GALVAN,
also known as Cacho,
JESUS PECINA-RAMIREZ,
also known as Chuy,

EDGAR MAXIMIANO ZAPATA,
also known as Junior,

LAMBERTO GARZA-HERNANDEZ,
also known as Cristian,
EDUARDO RIVERA,
also known as Guayo,

ANTONIO PARRA-SAENZ,
DORA ZAPATA, and
JOSE LUIS LARA-REA

did knowingly conspire and agree with each other and with other persons known and unknown to the Grand Jurors to conduct and attempt to conduct financial transactions affecting interstate and foreign commerce which in fact involved the proceeds of a specified unlawful activity, that is, the distribution of a controlled substance, an offense punishable under Title 21 of the laws of the United States, with the intent to promote the carrying on of the said specified unlawful activity and knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, and transports, transmits, and transfers and attempts to transport, transmit, and transfer a monetary instrument and funds from a place in the United States, to or through a place outside the United States with the intent to promote the unlawful activity.

In violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) , 1956(a)(2)(A) and (h).

### Count Three

On or about February 10, 2006, in the Southern District of Texas, and within the jurisdiction of the court, defendants

ALBERTO ZAVALA-CINTORA, and
ANAYANCY ZAVALA-PAZ

did knowingly and intentionally possess with intent to distribute more than 100 but less than 1,000 kilograms, that is, approximately 483.7 kilograms of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

### Count Four

On or about April 10, 2006, in the Southern District of Texas, and within the jurisdiction of the court, defendants

did knowingly and intentionally possess with intent to distribute more than 100 but less than 1,000 kilograms, that is, approximately 655 kilograms of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

### Count Five

On or about May 8, 2006, in the Southern District of Texas, and within the jurisdiction of the court, defendants

did knowingly and intentionally possess with intent to distribute more than 100 but less than 1,000 kilograms, that is, approximately 546.58 kilograms of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

### Count Six

On or about May 20, 2006, in the Southern District of Texas, and within the jurisdiction of the court, defendant

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was more than 5 kilograms of cocaine, that is, approximately 102.7 kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### Count Seven

On or about July 12, 2006, in the Southern District of Texas, and within the jurisdiction of the court, defendants

**JESUS PECINA-RAMIREZ,**
**also known as Chuy,**
**EDGAR MAXIMIANO ZAPATA,**
**also known as Junior,**

**LAMBERTO GARZA-HERNANDEZ,**
**also known as Cristian, and**
**ANTONIO PARRA-SAENZ**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was more than 5 kilograms of cocaine, that is, approximately 237 kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and

Title 18, United States Code, Section 2.

### Count Eight

On or about July 12, 2006, in the Southern District of Texas, and within the jurisdiction of the court, defendants

**JESUS PECINA-RAMIREZ,**
also known as Chuy,
**EDGAR MAXIMIANO ZAPATA,**
also known as Junior,

**LAMBERTO GARZA-HERNANDEZ,**
also known as Cristian, and
**ANTONIO PARRA-SAENZ**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was more than 50 grams of methamphetamine, that is, approximately 13.8 kilograms of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### Count Nine

On or about July 12, 2006 in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendants

**JESUS PECINA-RAMIREZ,**
also known as Chuy,
**EDGAR MAXIMIANO ZAPATA,**
also known as Junior,

**LAMBERTO GARZA-HERNANDEZ**
also known as Cristian, and
**ANTONIO PARRA-SAENZ**

did knowingly conduct and attempt to conduct a financial transaction affecting interstate and

foreign commerce, to wit, the delivery of monetary instruments in the amount of approximately $40,000.00 in United States currency, which were the proceeds of a specified unlawful activity, that is, the distribution of a controlled substance, an offense punishable under Title 21 of the laws of the United States, with the intent to promote the carrying on of the said specified unlawful activity and knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity.

In violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i).

### Count Ten

On or about August 8, 2006, in the Southern District of Texas, and within the jurisdiction of the court, defendants

**ENRIQUE -GONZALEZ-MENDOZA,**
**also known as Enrique Mendoza-Gonzalez**
**CARLOS RIVERA-GALVAN,**
**also known as Cacho,**
**JESUS PECINA-RAMIREZ,**
**also known as Chuy,**
**EDGAR MAXIMIANO ZAPATA,**
**also known as Junior,**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was more than 5 kilograms of cocaine, that is, approximately 170.4 kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### Count Eleven

On or about August 16, 2006, in the Southern District of Texas, and within the jurisdiction of the court, defendants

**CARLOS RIVERA-GALVAN,**
also known as Cacho,
**JESUS PECINA-RAMIREZ,**
also known as Chuy,
**EDGAR MAXIMIANO ZAPATA,**
also known as Junior,

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was more than 5 kilograms of cocaine, that is, approximately 11.6 kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### Count Twelve

On or about September 6, 2006, in the Southern District of Texas, and within the jurisdiction of the court, defendants

**CARLOS RIVERA-GALVAN,**
also known as Cacho,
**JESUS PECINA-RAMIREZ,**
also known as Chuy, and
**EDGAR MAXIMIANO ZAPATA,**
also known as Junior

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was more than 5 kilograms of cocaine, that is, approximately 57 kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### Count Thirteen

On or about September 19, 2006, in the Southern District of Texas, and within the jurisdiction of the court, defendants

**CARLOS RIVERA-GALVAN,**
also known as Cacho,
**JESUS PECINA-RAMIREZ,**
also known as Chuy,

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was more than 5 kilograms of cocaine, that is, approximately 315.02 kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### Count Fourteen

On or about February 1, 2007, in the Southern District of Texas, and within the jurisdiction of the court, defendants

**CARLOS RIVERA-GALVAN,**
also known as Cacho,
**EDGAR MAXIMIANO ZAPATA,**
also known as Junior,

**CESAR RIVERA-MENDOZA,**
also known as Cheche,
also known as Choche

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was more than 5 kilograms of cocaine, that is, approximately

361.5 kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### Count Fifteen

On or about February 8, 2007, in the Southern District of Texas, and within the jurisdiction of the court, defendants

**CARLOS RIVERA-GALVAN,**
also known as Cacho,
**JESUS PECINA-RAMIREZ,**
also known as Chuy,
**EDGAR MAXIMIANO ZAPATA,**
also known as Junior,

**LAMBERTO GARZA-HERNANDEZ,**
also known as Cristian,
**CESAR RIVERA-MENDOZA,**
also known as Cheche,
also known as Choche, and

did knowingly and intentionally possess with intent to distribute more than 100 but less than 1,000 kilograms, that is, approximately 365 kilograms of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

### Count Sixteen

On or about February 7, 2007, in the Southern District of Texas, and within the jurisdiction of the court, defendants

**CARLOS RIVERA-GALVAN,**
also known as Cacho,
**EDGAR MAXIMIANO ZAPATA,**
also known as Junior,

**CESAR RIVERA-MENDOZA,**
also known as Cheche
also known as Choche

did knowingly and intentionally possess with intent to distribute more than 100 but less than 1,000 kilograms, that is, approximately 447.93 kilograms of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

### Count Seventeen

On or about February 13, 2007, in the Southern District of Texas, and within the jurisdiction of the court, defendants

**CARLOS RIVERA-GALVAN,**
also known as Cacho,
**EDGAR MAXIMIANO ZAPATA,**
also known as Junior,

**CESAR RIVERA-MENDOZA,**
also known as Cheche,
also known as Choche, and

did knowingly and intentionally possess with intent to distribute more than 100 but less than 1,000 kilograms, that is, approximately 273.18 kilograms of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

### Count Eighteen

On or about February 16, 2007, in the Southern District of Texas, and within the jurisdiction of the court, defendants

**CARLOS RIVERA-GALVAN,**
also known as Cacho,
**EDGAR MAXIMIANO ZAPATA,**
also known as Junior,

**CESAR RIVERA-MENDOZA,**
also known as Cheche
also known as Choche

did knowingly and intentionally possess with intent to distribute more than 100 but less than 1,000 kilograms, that is, approximately 444 kilograms of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

### Count Nineteen

On or about February 19, 2007, in the Southern District of Texas, and within the jurisdiction of the court, defendants

**CARLOS RIVERA-GALVAN,**
also known as Cacho,
**EDGAR MAXIMIANO ZAPATA,**
also known as Junior,

**JUAN JOSE GARCIA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was more than 5 kilograms of cocaine, that is, approximately 52.2 kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### Count Twenty

On or about February 20, 2007, in the Southern District of Texas, and within the jurisdiction of the court, defendants

CARLOS RIVERA-GALVAN,
also known as Cacho,
JESUS PECINA-RAMIREZ,
also known as Chuy,
EDGAR MAXIMIANO ZAPATA,
also known as Junior,

CESAR RIVERA-MENDOZA,
also known as Cheche,
also known as Choche, and
JUVENTINO RUIZ-MARTINEZ,
also known as Juve

did knowingly and intentionally possess with intent to distribute more than 100 but less than 1,000 kilograms, that is, approximately 517 kilograms of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

### Count Twenty-One

On or about February 20, 2007, and continuing until the present, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendants

CARLOS RIVERA-GALVAN,
also known as Cacho,
EDGAR MAXIMIANO ZAPATA,
also known as Junior,

also known as Coneja, and
DORA ZAPATA

transported, transmitted, and transferred and attempted to transport, transmit and transfer monetary instruments in the amount of $62,480.00 from a place in the United States, to wit Hidalgo County, to a place outside the United States, to wit the Unites Mexican States, with the intent to promote the carrying of a specified unlawful activity, narcotic trafficking in violation of Title 21, of the United States Code.

In violation of Title 18, United States Code, Sections 1956(a)(2)(A).

### Count Twenty-Two

On or about March 29, 2007, in the Southern District of Texas, and within the jurisdiction of the court, defendants

**CARLOS RIVERA-GALVAN,**
also known as Cacho,
**JESUS PECINA-RAMIREZ,**
also known as Chuy,

**ISMAEL BERNAL-VIGIL,**
also known as Sopy

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was more than 5 kilograms of cocaine, that is, approximately 190 kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### Count Twenty-Three

On or about April 3, 2007, in the Southern District of Texas, and within the jurisdiction of the court, defendants

**CARLOS RIVERA-GALVAN,**
also known as Cacho,
**JESUS PECINA-RAMIREZ,**
also known as Chuy,

**ISMAEL BERNAL-VIGIL,**
**also known as Sopy,**
**JOSE LUIS LARA-REA, and**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was more than 5 kilograms of cocaine, that is, approximately 394 kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### Count Twenty-Four

On or about April 3, 2007 in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendants

**JOSE LUIS LARA-REA**

did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, the delivery of monetary instruments in the amount of approximately $898,186.00 in United States currency, which were the proceeds of a specified unlawful activity, that is, the distribution of a controlled substance, an offense punishable under Title 21 of the laws of the United States, with the intent to promote the carrying on of the said specified unlawful activity and knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity.

In violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i).

### Count Twenty-Five

On or about April 9, 2007, in the Southern District of Texas, and within the jurisdiction of the court, defendants

**CARLOS RIVERA-GALVAN,**
**also known as Cacho,**
**JESUS PECINA-RAMIREZ,**

also known as Chuy,

**LAMBERTO GARZA-HERNANDEZ,**
also known as Cristian, and
**ISMAEL BERNAL-VIGIL,**
also known as Sopy

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was more than 5 kilograms of cocaine, that is, approximately 95 kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### Count Twenty-Six

On or about July 11, 2007, in the Southern District of Texas, and within the jurisdiction of the court, defendants

**TEODORO RIOS-ESPINOZA, and**
**FRANCISCO MADRIGAL CHAVEZ**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was more than 5 kilograms of cocaine, that is, approximately 107 kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

### Count Twenty-Seven

On or about July 11, 2007, in the Southern District of Texas and within the jurisdiction of the court, defendant

**TEODORO RIOS-ESPINOZA**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, in the United States District Court, McAllen, Texas, on November 13, 2003, in cause number M-03-086, for possession with intent to distribute 686.14 kilograms of marijuana, did knowingly possess in and affecting commerce a firearm, namely, a Action Arms, Model, 323 Assault Rifle, Caliber 223, serial number AAL2089583.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count Twenty-Eight

On or about July 11, 2007, in the Southern District of Texas and within the jurisdiction of the Court, defendants

**TEODORO RIOS-ESPINOZA, and
FRANCISCO MADRIGAL CHAVEZ**

being aliens who were illegally and unlawfully in the United States, that is being an alien who had unlawfully entered the United States at a place other than as designated by immigration officers in violation of Title 18, United States Code, Section 1325(a)(1), did knowingly possess in and affecting commerce a firearm namely a Action Arms, Model, 323 Assault Rifle, Caliber, 223, serial number AAL2089583.

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

### Count Twenty-Nine

On or about August 6, 2007, in the Southern District of Texas, and within the jurisdiction of the court, defendants

**CARLOS RIVERA-GALVAN,
also known as Cacho,
JESUS PECINA-RAMIREZ,
also known as Chuy,
CESAR RIVERA-MENDOZA,
also known as Cheche,**

also known as Choche,
**JUVENTINO RUIZ-MARTINEZ,**
also known as Juve,
**ISMAEL BERNAL-VIGIL,**
also known as Sopy,
**DAVID SILVA-AGUIRRE, and**
**ABELARDO NEGRETTE-MEDINA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was more than 5 kilograms of cocaine, that is, approximately 254.20 kilograms of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

DONALD J. DeGABRIELLE, JR.
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY